**Juan Jose DELGADO–MEDINA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–73419.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 25, 2011.[*]

Filed Jan. 31, 2011.

Michael S. Cabrera, Esq., Huntington Park, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Virginia Lum, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KLEINFELD, LUCERO,[**] and GRABER, Circuit Judges.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

[**] The Honorable Carlos F. Lucero, Circuit Judge for the Tenth Circuit, sitting by designation.

ORDER ***

Respondent's Unopposed Motion to Remand the case to the Board of Immigration Appeals ("BIA") is GRANTED.

The BIA shall reconsider its June 8, 2006 decision in light of *Sinotes–Cruz v. Gonzales,* 468 F.3d 1190 (9th Cir.2006). The BIA may direct the parties to file additional briefs, and the parties may seek leave of the BIA to file such additional briefs as they deem appropriate.

Petitioner's removal is stayed pending a decision in this matter by the BIA. Parties will bear their own costs, expenses, and attorneys' fees.

A certified copy of this order sent to the BIA shall constitute the mandate of this court.

REMANDED.

---

[***] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.